-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURE DATA SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:18-cv-00772-MN |
| v. | § § § | |
| SPOTIFY USA, INC., | § § | |
| Defendant. | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), Plaintiff Pure Data Systems, LLC and Defendant Spotify USA Inc. hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 21, 2018, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  January 2, 2019                          Respectfully submitted,

By: /s/Stamatios Stamoulis                       By: /s/David E. Moore
    Stamatios Stamoulis (#4606)                      David E. Moore (#3983)
    Richard C. Weinblatt (#5080)                     Bindu A. Palapura (#5370)
    STAMOULIS & WEINBLATT LLC                        Stephanie E. O'Byrne (#4446)
    Two Fox Point Centre                             POTTER ANDERSON & CORROON LLP
    6 Denny Road, Suite 307                          Hercules Plaza, 6th Floor
    Wilmington, DE 19809                             1313 N. Market Street
    Tel: (302) 999-1540                              Wilmington, DE 19801
    stamoulis@swdelaw.com                            Tel: (302) 984-6000
    weinblatt@swdelaw.com                            dmoore@potteranderson.com
                                                     bpalapura@potteranderson.com
                                                     sobyrne@potteranderson.com

    David A. Skeels (*pro hac vice*)                 Harper S. Batts (*pro hac vice*)
    Enrique Sanchez, Jr. (*pro hac vice*)            Christopher S. Ponder (*pro hac vice*)
    WHITAKER CHALK                                   Jeffrey Liang (*pro hac vice*)
    SWINDLE & SCHWARTZ PLLC                          SHEPPARD MULLIN
    301 Commerce Street, Suite 3500                  RICHTER & HAMPTON LLP
    Fort Worth, Texas 76102                          379 Lytton Ave.
    Tel: (817) 878-0500                              Palo Alto, CA 94301
    dskeels@whitakerchalk.com                        Tel: (650) 815-2600
    rsanchez@whitakerchalk.com                       HBatts@smrh.com
                                                     CPonder@smrh.com
                                                     JLiang@smrh.com

*Attorneys for Plaintiff*                        *Attorneys for Defendant Spotify USA Inc.*
*Pure Data Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PURE DATA SYSTEMS, LLC,** § | |
| § | |
| Plaintiff, § | Civil Action No. 1:18-cv-00772-MN |
| § | |
| v. § | |
| § | |
| **SPOTIFY USA, INC.,** § | |
| § | |
| Defendant. § | |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Pure Data Systems, LLC and defendant Spotify USA Inc. in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between plaintiff Pure Data Systems, LLC and defendant Spotify USA Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 21, 2018.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
UNITED STATES DISTRICT JUDGE